IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                 : CRIMINAL NO: CR-1-01-032-08
                                   : JUDGE WEBER

**ODELL NEAL,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney


        s/ Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215-2401
        (614) 469-5715

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this ____14th_____ day of _____September_____, 2006 upon Defendant, Odell Neal, at FCI - Morgantown, Attn: Odell Neal, 03524-061, Greenbag Road, P.O. Box 1000, Morgantown, WV 26507-1000.

                                          s/ Deborah F. Sanders
                                          DEBORAH F. SANDERS (0043575)
                                          Assistant United States Attorney

U:\DSanders\Neal - Sat of Judg.wpd